People v Stepney (2024 NY Slip Op 00142)

People v Stepney

2024 NY Slip Op 00142

Decided on January 11, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 11, 2024

Before: Renwick, P.J., Manzanet-Daniels, González, Rodriguez, Pitt-Burke, JJ. 

Ind. No. 848/21 Appeal No. 1411 Case No. 2023-01000 

[*1]The People of the State of New York, Respondent,
v
Danielle Stepney, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Elliott R. Hamilton of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Albert Lorenzo J.), rendered August 1, 2022, convicting defendant, upon her plea of guilty, of criminal possession of a weapon in the fourth degree and sentencing her to a term of three years' probation, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of two years' probation, and otherwise affirmed.
We find the sentence excessive to the extent indicated.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 11, 2024